AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tony Gillespie <br> *Plaintiff* <br> v. <br> Spartanburg County School District Five; Dr Randall Gary, Individually and in his official capacity <br> *Defendant* | Civil Action No.    7:22-cv-3535-DCC |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Summary Judgment is granted on behalf of Defendants Spartanburg County School District Five and Dr. Randall Gary, Individually and in his official capacity.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   Febrruary 19, 2024

*CLERK OF COURT*

s/Angela Lewis, Deputy Clerk

*Signature of Clerk or Deputy Clerk*